# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dennis Michael Gieck CDCR #K-76640

V.

Seleaina Ann Thomas; et. al.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   06cv2719-IEG(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Court **DENIES** Defendants' Motion to Strike Portions of Plaintiff's Declaration, **DENIES** Plaintiff's Motion for Summary Judgment pursuant to Fed.R.Civ.P 56, and **GRANTS** Defendants' Cross-Motion for Summary Judgment pursuant to Fed.R.Civ.P 56. Judgment is entered for Defendants. Case is dismissed..................................................................................................................

December 9, 2008                                    W. Samuel Hamrick, Jr.
Date                                                                    Clerk

J. Haslam
(By) Deputy Clerk

ENTERED ON December 9, 2008

06cv2719-IEG(JMA)